FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUL -2 PM 1:20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL FRANCIS | * | CIVIL ACTION |
| VERSUS | * | NO: 01-3236 |
| N. BURL CAIN, WARDEN | * | SECTION: "T"(6) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's application for *habeas corpus* relief pursuant to Title 28, United States Code, Section 2254, is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state remedies.

**IT IS FURTHER ORDERED** that petitioner be allowed, **within ninety (90) days** after exhausting his state remedies, to reopen this matter under the above-captioned case number and with the benefit of the instant action's filing date.

**IT IS FURTHER ORDERED** that petitioner's motion to hold this matter in abeyance is hereby **DENIED**.

New Orleans, Louisiana, this _____ day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 2 - 2002

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. 10